# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154325 & (16)(17)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

DUANE CRAIG,
            Defendant-Appellant.

SC:  154325
COA:  332280
Kent CC:  12-001108-FH

_____/

On order of the Court, the application for leave to appeal the June 24, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand to the trial court and for appointment of counsel are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



Clerk

s0125